IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Buenrostro, Alejandro | Case Number: 07 B 23728 |
|---|---|---|
|  | Buenrostro, Melissa M | Judge: Wedoff, Eugene R |
|  | Printed: 12/02/08 | Filed: 12/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: August 13, 2008
Confirmed: February 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,547.27 |  |
| Secured: |  | 3,037.73 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,624.00 |
| Trustee Fee: |  | 363.17 |
| Other Funds: |  | 522.37 |
| Totals: | 6,547.27 | 6,547.27 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,624.00 | 2,624.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 126.00 | 89.65 |
| 4. | Toyota Motor Credit Corporatio | Secured | 3,158.62 | 420.00 |
| 5. | Washington Mutual | Secured | 32,013.34 | 2,528.08 |
| 6. | Internal Revenue Service | Priority | 12,649.24 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 1,863.65 | 0.00 |
| 8. | Toyota Motor Credit Corporatio | Unsecured | 277.94 | 0.00 |
| 9. | Americredit Financial Ser Inc | Unsecured | 10,179.44 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 592.85 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 1,452.71 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 129.95 | 0.00 |
| 13. | AG High School | Unsecured | 12,206.00 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 2,835.00 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 4,095.16 | 0.00 |
| 16. | CPT Credit Union | Unsecured | 1,840.52 | 0.00 |
| 17. | Beneficial Illinois Inc | Unsecured |  | No Claim Filed |
| 18. | St Viator Parish | Unsecured |  | No Claim Filed |
| 19. | Chase | Unsecured |  | No Claim Filed |
| 20. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 21. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 22. | Americredit Financial Ser Inc | Unsecured |  | No Claim Filed |
| 23. | City Of Chicago | Unsecured |  | No Claim Filed |
| 24. | National Asset Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 86,044.42 | $ 5,661.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Buenrostro, Alejandro | Case Number: 07 B 23728 |
|---|---|---|
| | Buenrostro, Melissa M | Judge: Wedoff, Eugene R |
| | Printed: 12/02/08 | Filed: 12/18/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 141.43 |
| 6.5% | 219.62 |
| 6.6% | 2.12 |
| | $ 363.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

